# ATTACHMENT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELICIA HARMON, CHANDRA COOK & MICHELLE PARKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOXY LADY, INC. & ARTHUR DILLARD,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:13-cv-03517-TWT |

## [PROPOSED] ORDER

The above-styled case is before the Court on the Parties' Joint Motion for Review and Approval of Settlement and Release Agreement. The Parties have requested that the Court review and approve their proposed Settlement Agreement because it includes a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the Parties' dispute. Accordingly, the Parties' Joint Motion is **GRANTED** and their Settlement Agreement and Release is **APPROVED** and incorporated herein. This

Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 1 of the Settlement Agreement has been complied with.

IT IS SO ORDERED, this _____ day of _____, 2014.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE